Izzi, Appellant, *v.* Rezzolla.

Argued January 11, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused May 6, 1966.

*Michael Izzi,* appellant, in propria persona.

*George R. Specter,* with him *William J. C. O'Donnell,* for appellees.

*James E. O'Neill, Jr.,* appellee, in propria persona.

OPINION PER CURIAM, March 22, 1966:
Order affirmed.